Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Nowles Heinrich
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99201-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

5/7/25

SEAN F. McAVOY, CLERK

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN JAMES MALTMAN,<br><br>Defendant. | INDICTMENT    2:25-CR-77-RLP<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm and<br>Ammunition<br><br>18 U.S.C. § 924(d)(1) and 28 U.S.C.<br>§ 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about December 2, 2024, in the Eastern District of Washington, the Defendant, STEVEN JAMES MALTMAN, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and ammunition, to wit:

- a black and gold P80 Personally Manufactured 9mm caliber pistol, bearing serial number PF9405C;
- Hornady 9mm caliber ammunition; and
- Winchester 9mm caliber ammunition,

INDICTMENT – 1

which firearm and ammunition had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, STEVEN JAMES MALTMAN, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a black and gold P80 Personally Manufactured 9mm caliber pistol, bearing serial number PF9405C;
- Hornady 9mm caliber ammunition; and
- Winchester 9mm caliber ammunition.

DATED this 7 day of May, 2025.

A TRUE BILL

_Ric Barker_
Richard R. Barker
Acting United States Attorney

_Nowle H. H._
Nowles Heinrich
Assistant United States Attorney

INDICTMENT – 2